FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT OF MARYLAND
FOR THE DISTRICT OF MARYLAND

2011 SEP 12   A 11: 14

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. **JKB 11 CV 2540** |
| ) | |
| CHRISTOPHER MATTIA, ) | |
| 5901 Old National Pike, ) | |
| Frederick, Maryland ) | |
| ) | |
| Respondent. ) | |

## UNITED STATES' PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America brings this petition against Christopher Mattia and states:

1. This proceeding is brought pursuant to 26 U.S.C. §§ 7602 and 7604(a) to judicially enforce a summons issued by the Internal Revenue Service and served upon Mattia on March 31, 2011. This action is brought at the request and with the authorization of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States under 26 U.S.C. § 7401.

### JURISDICTION & VENUE

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. §§ 7402(b) and 7604(a).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (2) and

26 U.S.C. § 7604(a), in that respondent resides, is found, conducts

business, and maintains records in this judicial district.

## PARTIES

4. Petitioner is the United States of America.

5. Respondent, Christopher Mattia, is a natural person who resides at 5901 Old

National Pike, Frederick, Maryland.

## CLAIM FOR RELIEF

6. John McTague is a duly commissioned revenue officer employed by the Service

in the Small Business/Self-Employed Collection Division.

7. In his capacity as a revenue officer, McTague is conducting an investigation

into the income tax liability of Mattia for the years 2008 and 2009 because Mattia did not

file income tax returns for these years.

8. In furtherance of the above investigation and in accordance with 26 U.S.C. §

7602, McTague issued on March 31, 2011, an administrative summons (IRS Form 6638)

to Mattia to produce for examination all documents and records regarding income he

received in 2008 and 2009 including but not limited to Forms W-2, Forms 1099 for

interest and dividend income, employee earnings, and all other books and records for

income from various sources.

The summons directed Mattia to appear before McTague on April 29, 2011 at 9:30

a.m., provide various documents and records, and testimony.  A specific description of

the information sought is included in the summons.  A true and correct copy of the summons is attached to the enclosed declaration of John McTague as Exhibit 1.

9.  On April 29, 2011, Mattia did not appear in response to the summons served.

10.  The information sought by the summons is not already in the possession of the Service.

11.  All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

12.  The information sought from the respondent by the summons is necessary to properly investigate the federal tax liability of Mattia for the years 2008 and 2009.

WHEREFORE, petitioner, the United States of America, prays:

A.  That the Court enter the attached show cause order;

B.  That the Court order Mattia to obey the summons served upon him, and each and every requirement contained therein, and order the attendance, testimony, and production of books, papers, records, and other data to McTague or any authorized officer of the Service, at such time and place as may be fixed by McTague or any authorized officer of the Service;

C.  That the United States recover its costs in maintaining this action; and

D.  That the Court render such other and further relief as is just and proper under the circumstances.

DATE: September 9, 2011.

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General
Tax Division

JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone: (202) 307-6669
Email: Jonathan.D.Carroll@usdoj.gov