IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. |
| | ) |
| CHRISTOPHER MATTIA, | ) |
| | ) |
| Respondent. | ) |

## UNITED STATES' MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS

The United States of America, by and through counsel, moves this Court under Fed. R. Civ. P. 4.1(a) to specially appoint John McTague, a revenue officer of the Internal Revenue Service, to serve the United States' Petition to Enforce Internal Revenue Service Summons, Memorandum in support thereof, Declaration of John McTangue, Order to Show Cause, Proposed Order Enforcing Internal Revenue Service Summons, and any other documents required by this Court upon the respondent and represents that:

1. John McTangue is competent and not less than eighteen (18) years of age;

2. John McTangue is not and will not be a party to this action; and

3. Granting this motion will result in substantial savings in fees, travel costs, and time.

WHEREFORE the United States of America respectfully requests that this Motion for Special Appointment to Serve Process be granted and the attached order be issued.

DATE: September 9, 2011

Respectfully submitted,

ROD J. ROSENSTEIN
United States Attorney

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General
Tax Division

*/s/ JONATHAN D. CARROLL*
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6669
Email: Jonathan.D.Carroll@usdoj.gov